IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE PARKS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SALAHUDDIN ABDUR-RAHMAN, et al.,<br><br>　　　　Defendants. | No. 2:19-CV-1827-DMC-P<br><br><br><br>ORDER |

    Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On September 23, 2019, plaintiff filed a request for clarification indicating that this action is duplicative of Parks v. Abdur-Rahman, 2:19-CV-1589-KJM-EFB, and was apparently filed in error (ECF No. 4). Plaintiff's filing is construed as a request for voluntary dismissal. Because no answer or motion for summary judgment has been filed, leave of court is not required and the action is dismissed on plaintiff's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to close this file.

/ / /

/ / /

/ / /

/ / /

1

IT IS SO ORDERED.

Dated: September 25, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE