# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE PARKS, | No. 2:19-CV-1827-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| SALAHUDDIN ABDUR-RAHMAN, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to plaintiff's request filed on September 23, 2019, this matter was voluntarily dismissed. See Fed. R. Civ. P. 41(a)(1)(A)(i). Pending before the court in this closed case is plaintiff's document entitled "Motion to Compel or Postpone" (ECF No. 7). Because this matter is closed, plaintiff's motion is denied.

IT IS SO ORDERED.

Dated: November 22, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE